# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HALDEMAN-HOMME INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **8:07CV65** |
| **EDWARD DONAHOE,** ) | |
| ) | **SCHEDULING ORDER** |
| Defendant, ) | |
| ) | |
| **MIDWEST FLOOR COVERING, INC.,** ) | |
| ) | |
| Interested Party. ) | |

For good cause shown,

**IT IS ORDERED** that the Motion of Midwest Floor Covering, Inc. for an extension of time [9] is granted. All deadlines previously set in Order [6] are extended for a period of 30 days. Plaintiff's Motion to Compel [1] will be deemed ripe for decision on **April 12, 2007.**

DATED March 6, 2007.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**