## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HALDEMAN-HOMME INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **8:07CV65** |
| **EDWARD DONAHOE,** | ) | |
| | ) | **ORDER** |
| **Defendant,** | ) | |
| | ) | |
| **MIDWEST FLOOR COVERING, INC.,** | ) | |
| | ) | |
| **Interested Party.** | ) | |

Upon reconsideration, the court finds that the 30-day extension of all deadlines granted on March 6, 2007 is reaffirmed.  However, noting the plaintiff's objections, the parties are advised that this is a final continuance, and Midwest Floor Covering's response deadline will not be further extended even if Midwest retains substitute counsel.

**IT IS SO ORDERED**.

**DATED March 7, 2007.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge